

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-30-2010

# Blanca Pareja v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 08-4598

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Blanca Pareja v. Atty Gen USA" (2010). *2010 Decisions.* Paper 817.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/817

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 08-4598

———————

BLANCA BARRALES PAREJA,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

———

On Petition for Review from an
Order of the Board of Immigration Appeals
(Board No. A098-632-579)
Immigration Judge:  Honorable Eugene Pugliese

———

Argued June 23, 2010
Before:  SMITH, FISHER and GREENBERG,
*Circuit Judges*.

(Filed: July 29, 2010)

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on

July 29, 2010, be amended as follows:

On page 2 add the firm name of *Cyrus D. Mehta & Associates*, to
the address of Attorney David A. Isaacson, Esquire, under the list
of Counsel for Petitioner.

For the Court:

/s/ Marcia M. Waldron
Clerk

Dated: July 30, 2010
PDB/cc: David A. Isaacson, Esq.
       Linda Y. Cheng, Esq.
       W. Daniel Shieh, Esq.